UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

TODD FAUSTIN,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>UNSEALING ORDER</u>

25 Cr. 216 (___)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Kaiya Arroyo;

It is found that the indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have the indictment unsealed, it is therefore

ORDERED that the indictment in the above-captioned action be unsealed for all purposes.

Dated: New York, New York
      May 19, 2025

_____
HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK